FILED

2003 OCT 30 A 10: 01

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT COURT
HARTFORD CT

| | | |
|---|---|---|
| CHRISTINE CHAUNCEY, | : | CIVIL ACTION NO.: |
|    Plaintiff | : | 301CV 01723 (AVC) |
| | : | |
| v. | : | |
| | : | |
| WATERBURY BOARD OF EDUCATION, | : | |
| MATTHEW BORRELLI and | : | |
| PHILIP GIORDANO | : | |
|    Defendants | : | OCTOBER 29, 2003 |

### UNOPPOSED MOTION FOR EXTENSION OF DEADLINE
### TO FILE JOINT TRIAL MEMORANDUM

Pursuant to Fed. R. Civ. P. 6(b)(1) and Loc. R. Civ. P. 7(b), the undersigned defendants, Waterbury Board of Education and Matthew Borrelli, respectfully request an extension of twenty-eight days, or until December 3, 2003, to file the Joint Trial Memorandum. The defendants represent as follows:

1. On October 6, 2003 the Court (Covello, J.), issued a Pre-Trial Order directing the parties to file their joint trial memorandum by November 5, 2003;

2. A Settlement Conference was scheduled by the Court for October 30, 2003, with the Honorable J. Read Murphy, PJO;

3. Due to the illness of the Honorable J. Read Murphy, the Clerk of the Court rescheduled the Settlement Conference for November 20, 2003;

4.       Under the current deadline set forth in the October 6, 2003 Pre-Trial Order, the deadline to file the Joint Trial Memorandum is scheduled for November 5, 2003, prior to the Settlement Conference of November 20, 2003;

5.       The undersigned defendants respectfully request an extension of twenty-eight (28) days, or until December 3, 2003, (after conducting the Settlement Conference), to file the Joint Trial Memorandum;

6.       Counsel for defendants, Attorney Gabriel J. Jiran, has contacted counsel for the plaintiff, Attorney John R. Williams, who represented that he wishes to join in this motion;

7.       This is the undersigned defendants' first request for an extension of the deadline to file a Joint Trial Memorandum;

8.       As of this date, this matter has not yet been scheduled for trial.

Wherefore, the undersigned defendants respectfully request a twenty-eight (28) day extension of time, up to and including December 3, 2003, in which to file the Joint Trial Memorandum.

2

**SHIPMAN & GOODWIN** LLP • *COUNSELORS AT LAW*
ONE AMERICAN ROW • HARTFORD, CONNECTICUT 06103-2819 • (860) 251-5000 • FAX (860) 251-5099 • JURIS NO. 57385

Hartford, CT 06103-2819