01cv1723mexttime

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CHRISTINE CHAUNCEY, | : | CIVIL ACTION NO.: |
| Plaintiff | : | 301CV 01723 (AVC) |
| | : | |
| v. | : | |
| | : | |
| WATERBURY BOARD OF EDUCATION, | : | |
| MATTHEW BORRELLI and | : | |
| PHILIP GIORDANO | : | |
| Defendants | : | OCTOBER 29, 2003 |

UNOPPOSED MOTION FOR EXTENSION OF DEADLINE
TO FILE JOINT TRIAL MEMORANDUM

Pursuant to Fed. R. Civ. P. 6(b)(1) and Loc. R. Civ. P. 7(b), the undersigned defendants, Waterbury Board of Education and Matthew Borrelli, respectfully request an extension of twenty-eight days, or until December 3, 2003, to file the Joint Trial Memorandum. The defendants represent as follows:

1. On October 6, 2003 the Court (Covello, J.), issued a Pre-Trial Order directing the parties to file their joint trial memorandum by November 5, 2003;

2. A Settlement Conference was scheduled by the Court for October 30, 2003, with the Honorable J. Read Murphy, PJO;

3. Due to the illness of the Honorable J. Read Murphy, the Clerk of the Court rescheduled the Settlement Conference for November 20, 2003;

GRANTED.
November 3, 2003
SO ORDERED.
Alfred V. Covello, U.S.D.J.