UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CHRISTINE CHAUNCEY,<br>    Plaintiff | : | CIVIL ACTION NO.:<br>3:01 CV 01723 (AVC) |
| | : | |
| v. | : | |
| | : | |
| WATERBURY BOARD OF EDUCATION,<br>MATTHEW BORRELLI and<br>PHILIP GIORDANO<br>    Defendants | : | NOVEMBER 26, 2003 |

### NOTICE OF SERVICE

The Defendant, Waterbury Board of Education, respectfully submits this Notice that it has served the Plaintiff, Christine Chauncey, with an offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure.

DEFENDANTS,
THE CITY OF WATERBURY
AND MATTHEW BORRELLI,

By_____
Gary S. Starr (ct06038)
Gabriel J. Jiran (ct23469)
For Shipman & Goodwin LLP
One American Row
Hartford, CT 06103-2819
Telephone (860) 251-5000
Facsimile (860) 251-5799
Email: gstarr@goodwin.com
        gjiran@goodwin.com
Their Attorneys

## CERTIFICATE OF SERVICE

This is to certify that on this 26th day of November, 2003 a copy of the foregoing Notice of Service of Offer of Judgment was sent via certified mail, return receipt requested, postage pre-paid to:

John R. Williams, Esq.
Williams and Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT 06510

_____
Gary S. Starr

235406 v.01