UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CHRISTINE CHAUNCEY,<br>    Plaintiff | : <br> : <br> : | CIVIL ACTION NO.:<br>301CV 01723 (AVC) |
| v. | : <br> : | |
| WATERBURY BOARD OF EDUCATION,<br>MATTHEW BORRELLI and<br>PHILIP GIORDANO<br>    Defendants | : <br> : <br> : <br> : | <br><br><br>DECEMBER 4, 2003 |

### MOTION FOR EXTENSION OF DEADLINE
### TO FILE JOINT TRIAL MEMORANDUM

Pursuant to Fed. R. Civ. P. 6(b)(1) and Loc. R. Civ. P. 7(b), the undersigned defendants, Waterbury Board of Education and Matthew Borrelli, respectfully request an extension until December 10, 2003, to file the Joint Trial Memorandum. The defendants represent as follows:

1. On October 6, 2003 the Court (Covello, J.), issued a Pre-Trial Order directing the parties to file their joint trial memorandum by November 5, 2003;

2. A Settlement Conference was scheduled by the Court for October 30, 2003, with the Honorable J. Read Murphy, PJO;

3. Due to the illness of the Honorable J. Read Murphy, the Clerk of the Court rescheduled the Settlement Conference for November 20, 2003;

4. The parties previously requested an extension of the deadline for submitting the Joint Trial Memorandum on October 30, 2003 so that the parties could participate in the Settlement Conference prior to filing the Joint Trial Memorandum;

5. The parties were not successful in settling the case at the Settlement Conference, but have engaged in continuing settlement discussions since that conference;

6. The parties have focused their efforts on settlement discussions and need additional time to prepare the Joint Trial Memorandum and to determine whether the case can be settled;

7. Counsel for defendants, Attorney Gary S. Starr, has contacted counsel for the plaintiff, Attorney John R. Williams, regarding this motion but Attorney Williams is currently involved in a trial and has not responded;

8. As of this date, this matter has not yet been scheduled for trial.

Wherefore, the undersigned defendants respectfully request an extension of time, up to and including December 10, 2003, in which to file the Joint Trial Memorandum.

Respectfully Submitted,

DEFENDANTS,
WATERBURY BOARD OF EDUCATION
AND MATTHEW BORRELLI

By _____
Gary S. Starr (ct06038)
Gabriel J. Jiran (ct23469)
For Shipman & Goodwin LLP
One American Row
Hartford, CT 06103-2819
Telephone (860) 251-5000
Facsimile (860) 251-5799
Email: gstarr@goodwin.com
       gjiran@goodwin.com
Their Attorneys

## CERTIFICATION OF SERVICE

This is to certify that on this 4th day of December, 2003, a copy of the foregoing Motion for Extension of Deadline to File Joint Trial Memorandum was sent via first-class mail, postage prepaid, to:

John R. Williams, Esq.
Williams and Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT 06510

_____
Gabriel J. Jiran

359548 v.01