UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CHRISTINE CHAUNCEY,<br>    Plaintiff | : | CIVIL ACTION NO.:<br>301CV 01723 (AVC) |
| | : | |
| v. | : | |
| | : | |
| WATERBURY BOARD OF EDUCATION,<br>MATTHEW BORRELLI and<br>PHILIP GIORDANO<br>    Defendants | :<br>:<br>:<br>: | DECEMBER 10, 2003 |

## DEFENDANTS' TRIAL MEMORANDUM

### I. Trial Counsel

For Plaintiff:    John Williams, Esquire
Williams & Pattis
51 Elm Street
Suite 409
New Haven, CT 06510
(203) 562-9931

For Defendants:    Gary S. Starr, Esquire
Stephen M. Sedor, Esquire
Shipman & Goodwin LLP
One American Row
Hartford, CT 06103
860-251-5000

## II. Jurisdiction

The Court has jurisdiction in this case because the Plaintiff has sought recovery under 42 U.S.C. §§ 1983 and 1988.

## III. Jury/Non-Jury

This matter will be tried to a jury.

## IV. Length of Trial

Counsel estimate that trial in this matter will take approximately 9 days.

## V. Further Proceedings

Counsel for the defendants anticipate raising one or more evidentiary issues by way of motions in limine.

## VI. Nature of Case

Plaintiff claims that she was demoted in retaliation for her exercise of her rights under the First Amendment to the United States Constitution. She brings her claim under 42 U.S.C. §§ 1983 and 1988. In support of her claim, the plaintiff alleges that after she spoke to democratic members of the Waterbury Board of Alderman and Board of Education about the condition of her school, that the Defendants began a plan to remove her from her position as principal of Gilmartin School. She alleges that she was ultimately forced to agree to a demotion to a position as a teacher at Bucks Hill Elementary School. Based on these allegations, the Plaintiff requests compensation for economic losses, injury to her reputation, and severe emotional distress.

## VII. Trial By Magistrate Judge

The defendants consent to a trial of this case by a Magistrate Judge.

**VIII. List of Witnesses**

A list of defendants' witnesses is attached.

**IX. List of Exhibits**

A list of defendants' exhibits is attached.

**X. Stipulations of Fact**

None at this time.

**XI. Proposed Voir Dire Questions**

Defendants' proposed jury voir dire questions are attached.

**XII. Proposed Jury Instructions**

Defendants' proposed jury instructions are attached.

          Respectfully Submitted,
          DEFENDANTS, WATERBURY BOARD OF
          EDUCATION AND MATTHEW BORRELLI

By _____
          Gary S. Starr (ct06038)
          Gabriel J. Jiran (ct23469)
          For Shipman & Goodwin LLP
          One American Row
          Hartford, CT  06103-2819
          Telephone (860) 251-5000
          Facsimile (860) 251-5501
          Email:  gstarr@goodwin.com
                   gjiran@goodwin.com
          Their Attorneys

SHIPMAN & GOODWIN LLP • COUNSELORS AT LAW
ONE AMERICAN ROW • HARTFORD, CONNECTICUT 06103-2819 • (860) 251-5000 • FAX (860) 251-5099 • JURIS NO. 57385