UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CHRISTINE CHAUNCEY,<br>    Plaintiff | : | CIVIL ACTION NO.:<br>301CV 01723 (AVC) |
| v. | : | |
| WATERBURY BOARD OF EDUCATION<br>and MATTHEW BORRELLI<br>    Defendants | : | DECEMBER 10, 2003 |

### XI.   DEFENDANTS' PROPOSED VOIR DIRE QUESTIONS

1.   Have you ever been a principal of a school or a teacher in a school?

2.   Has any member of your family, a friend, or someone you know been a principal or a teacher in a school?

3.   Have you ever worked for a municipality or board of education? If so, do you believe that politics influenced any aspect of your employment?

4.   Do you know anything about Matthew Borrelli, former Interim Superintendent of the Waterbury Public School System?

5.   Have you ever attended Waterbury Public Schools or have children or relatives who have attended Waterbury Public Schools?

6. Do you know anything about the status or condition of the buildings and facilities in the Waterbury Public School System?

7. Do you know anything about the financial condition of the City of Waterbury?

8. Are you familiar with the organization of the City of Waterbury?

9. Do you know anything about the politics in the City of Waterbury?

10. Do you have any strong feelings about Waterbury or the Waterbury Board of Education?

11. Phillip Giordano is no longer a party to this case, but do you have any feelings about the fact that he was once named as a defendant in this case? Would the fact that Mr. Giordano's name may be mentioned in this case influence your view of the evidence in this case?

12. Do you have any strong feelings about teachers, principals, or supervisors?

13. Have you ever been a supervisor over other employees? If so, have you experienced difficulties in getting people that you supervised to follow your directions?

14. Have you ever been a member of a Union or are you a union officer?

15. The plaintiff in this case is a teacher in a school. Do you believe that teachers or school administrators should be given special consideration in a legal case like this one because of the work they do?

16. Because the plaintiff is a teacher, would you be more inclined to believe her story?

17. Have you ever been demoted from a job or transferred to another job? If so, did you believe that you were treated fairly?

18. Have you ever spoken out publicly about your opinions or ideas? Do you believe that you have been treated differently by an employer or other people because you engaged in public speech?

19. Have you ever been a party to a lawsuit? Were you the plaintiff or defendant? What was the issue? Who prevailed? Do you believe that you were treated fairly by the judicial system?

20. Have you ever served on a jury in a civil or criminal case? What was the case about? Was it a plaintiff's verdict or a defendant's verdict?

21. Have you ever voted in a primary election on a local or national level?

SHIPMAN & GOODWIN LLP • COUNSELORS AT LAW
ONE AMERICAN ROW • HARTFORD, CONNECTICUT 06103-2819 • (860) 251-5000 • FAX (860) 251-5099 • JURIS NO. 57385

22. Have you ever written letters to the editor of a newspaper or magazine on political issues?

23. Have any of your family members or close friends ever been fired or laid off from a job? Would this influence your ability to render a fair and impartial verdict based solely on the evidence in the courtroom?

24. Have you ever been disciplined, terminated, or laid off by your employer? If so, under what circumstances? How was the disciplinary action resolved? Do you believe that you were treated fairly by your employer?

25. Have you ever filed or considered filing a charge or lawsuit against an employer because you believed that you have been discriminated or retaliated against? Under what circumstances? When?

26. Do you have any friends or relatives who have filed charges or lawsuits against an employer? If so, describe the reasons and under what circumstances.

27. Have you ever felt that you have been discriminated or retaliated against by your employer? If so, what action did you take?

28. Have you ever held a position as a supervisor or manager? If so, did you ever have an occasion to discipline or terminate an employee? Under what circumstances?

SHIPMAN & GOODWIN LLP • COUNSELORS AT LAW
ONE AMERICAN ROW • HARTFORD, CONNECTICUT 06103-2819 • (860) 251-5000 • FAX (860) 251-5099 • JURIS NO. 57385

29. Have you ever played any role in the determination of whether an employee should be hired, fired, disciplined, or promoted?

30. Do you have any preconceived ideas concerning discrimination or litigation that would cause you not to have a free and open mind in this case? If so, please describe.

31. If after hearing the evidence and being instructed by the court as to the law, would you hesitate to deny an employee's claims because one of the defendants is a governmental agency?

32. Do you have any sight, hearing, or health related problem that might affect your ability to serve as a juror?

33. Would you tend to favor either an individual or a board of education because of the fact that the person is an individual or a board of education?

34. Do you feel that just because someone has brought a lawsuit, that they are entitled to money?

35. Did you ever quit a job because you felt that you were treated unfairly?

36. Have you ever been involved in an organization where there was a hierarchy that you were expected to follow in order to address problems or concerns? How did you

5

feel about having to follow that procedure? Did you ever deviate from the procedure? If so, what happened to you?

37.  Have you ever worked on a group project where other members did not do their share and you were blamed for the result?

38.  As a juror, it will be your job to apply the facts of the case to the law presented to you by the judge. Sometimes, jurors do not agree with the law stated by the judge. If you find yourself in that position, can you disregard your personal conclusions and apply the law as stated by the judge?

39.  The judge will tell you that you must decide this case on the facts and the facts alone. You cannot allow sympathy for a party to enter into your decision. Will you be able to set aside any sympathy for one party or the other?

40.  As a juror, you will be called upon to work as a team to render a verdict. Can you think of any reason why you could not do that?

41.  The plaintiff in this case has the burden of proving her case and that is why she gets to go first. Will you wait until all the evidence is in before you make a decision as to what happened in this case?

42.     If the plaintiff fails to prove each and every element of her case by a preponderance of the evidence, would you be able to send her away with no reward?  In other words, simply because she has taken the time to bring the lawsuit, could you send her away with no compensation?

43.     In rendering a verdict in this case, the judge will tell you that you cannot speculate.  While you may make inferences from the evidence, your conclusions can only be based on the evidence in court.  Can you follow that instruction?