```
              UNITED STATES DISTRICT COURT
                DISTRICT OF CONNECTICUT

            Settlement Conference Calendar
             Honorable J. Read Murphy, PJO
              450 Main Street, Hartford, CT

                 Chambers Room #125 - Annex
```

**April 7, 2004**
**2:00 p.m.**

RESCHEDULED FROM 1/15/04, 2/26/04 & 3/23/04

NOTICE TO COUNSEL:  ALL PARTIES SHALL BE COUNSELED BY THEIR RESPECTIVE ATTORNEYS SO AS TO BE PREPARED TO CONSIDER SETTLEMENT REASONABLY REFLECTIVE OF THE ISSUES IN THIS CASE, THE EVIDENCE BEARING THEREON, THE APPLICABLE LAW AND THE RANGE OF POSSIBLE RESULTS IN AN ADJUDICATION.  <u>EACH PARTY NECESSARY TO CONSIDERATION OF SETTLEMENT SHALL BE IN COURT AT THE TIME SET FORTH ABOVE.</u>

AT LEAST TWO (2) DAYS BEFORE THE CONFERENCE DATE, EACH PARTY SHALL SUBMIT <u>TO CHAMBERS</u> A MARKED CONFIDENTIAL EX PARTE STATEMENT OF THE FOLLOWING:

1) ALL CLAIMS; 2) FACTUAL BASIS FOR CLAIMS (INCLUDING DAMAGES); 3) RANGE OF POSSIBLE RECOVERY; 4) PROBABLE RANGE OF RECOVERY; 5) PROSPECTS FOR SUCCESS AND REASONS THEREFOR; 6) SETTLEMENT DEMANDS/OFFERS INCLUDING THE ELEMENTS AND STRUCTURE OF POSSIBLE SETTLEMENT.

<u>3:01CV01723 (AVC)</u> <u>Chauncey v. Waterbury Board of Education</u>

Gabriel Joseph Jiran
Shipman & Goodwin
One American Row
Hartford, CT 06103-2819

Gary S. Starr
Shipman & Goodwin
One American Row
Hartford, CT 06103-2819

John R. Williams
Williams & Pattis
51 Elm St., Ste. 409
New Haven, CT 06510

                                   BY ORDER OF THE COURT

                                   KEVIN F. ROWE, CLERK