UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CHRISTINE CHAUNCEY

       Vs.                              CASE NO. 3:01CV01723 (AVC)

WATERBURY BOARD OF
EDUCATION, ET AL

## NOTICE TO COUNSEL

The above-entitled case was reported to the Court on April 7, 2004 to be settled. Under Local Rule 41(b), a matter reported settled is to be dismissed if closing papers are not filed within thirty (30) days thereafter.

Accordingly, an order of dismissal will be entered on May 7, 2004 unless closing papers are filed on or before that date, or unless counsel reports prior to that date that the case is not in fact settled.

Dated at Hartford, Connecticut this 8th day of April, 2004.

                             KEVIN F. ROWE, CLERK

                        By  /s/ JW
                             Jo-Ann Walker
                             Deputy Clerk