UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CHRISTINE CHAUNCEY

        V.        CASE NO. 3:01CV01723(AVC)

WATERBURY BOARD OF
EDUCATION, MATTHEW
BORRELLI and PHILIP GIORDANO

## JUDGMENT

This action having been commenced by a complaint and having been assigned to the Honorable Alfred V. Covello, United States District Judge; and

The defendant, Philip Giordano, having filed a motion for summary judgment and the Court, having considered the full record of the case, including applicable principles of law, on September 30, 2003, filed its ruling granting the motion; and further

The plaintiff and the defendants Waterbury Board of Education and Matthew Borrelli having reported the matter settled on April 7, 2004, and no closing papers having been filed to date; it is hereby

ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered in favor of the defendant Philip Giordano and against the plaintiff; and further

ORDERED that this action as to defendants Waterbury Board of Education and Matthew Borrelli, be and is hereby dismissed without costs and without prejudice to the right of any parties to move within 30 days to re-open the case if the settlement has not been consummated.

Dated at Hartford, Connecticut, this 10th day of May, 2004.

                                        KEVIN F. ROWE, Clerk

                                    By:   /s/ JW
                                            Jo-Ann Walker
                                            Deputy Clerk

EOD: _____